**Opinion issued July 14, 2022**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-22-00388-CR

_____

## IN RE EDDIE LEE JACKSON, Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relator, Eddie Lee Jackson, incarcerated and proceeding pro se, has filed a petition for writ of mandamus, seeking an order to compel the trial court to rule on pending motions.[1]

We deny the mandamus petition. *See* TEX. R. APP. P. 52.8(a).

---

[1] The underlying case is *The State of Texas v. Eddie Lee Jackson.*, cause number 1730899, pending in the 338th District Court of Harris County, Texas, the Honorable Ramona Franklin presiding.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Goodman and Hightower.

Do not publish. *See* TEX. R. APP. P. 47.2(b).